# EXHIBIT A

Andrew M. Steinheimer - 200524
Brandon L. Reeves - 242897
ELLIS, LaVOIE, POIRIER, STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendant
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| EDWARD WALKER and SUSAN WALKER, | Case No.: 2:10-cv-00106-MCE-JFM |
|---|---|
| Plaintiff, | **DEFENDANT RASH CURTIS & ASSOCIATES' RULE 68 OFFER OF SETTLEMENT** |
| v. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

Defendant RASH CURTIS & ASSOCIATES hereby offers to settle the above-entitled action filed by plaintiffs EDWARD WALKER and SUSAN WALKER and have an order of dismissal with prejudice entered pursuant to Rule 68 of the Federal Rules of Civil Procedure according to the following terms:

Payment to plaintiffs in the amount of two thousand and one dollars ($2,001.00). Plaintiffs to be awarded their reasonable attorney's fees and costs incurred in this action through the date of this offer in an amount to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court in accordance with 15 U.S.C. § 1692k. Acceptance of this offer by less than both plaintiffs shall be deemed a rejection of this offer.

- 1 -

DEFENDANT RASH CURTIS & ASSOCIATES' RULE 68 OFFER OF SETTLEMENT

This offer is made for the purposes specified in Rule 68 and is not to be considered an admission of liability. Defendant disputes liability and has denied and continues to deny liability to plaintiffs for the matters alleged in this case, and tenders this offer of settlement solely to avoid the uncertainty and expense of further litigation.

Pursuant to Federal Rule of Civil Procedure 68, plaintiffs may accept this offer by signing below indicating acceptance of the offer and serving written notice that this offer is accepted within 10 days of service of this offer. If the offer is not accepted within 10 days, it is deemed withdrawn.

Dated: August 3, 2010

                              Ellis, LaVoie, Poirier, Steinheimer & McGee LLP

                              By _____
                                 Brandon L. Reeves
                                 Attorney for
                                 RASH CURTIS & ASSOCIATES

Plaintiff EDWARD WALKER accepts the above Rule 68 offer.

Dated: _____

                              By _____

Plaintiff SUSAN WALKER accepts the above Rule 68 offer.

Dated: _____

                              By _____

# CERTIFICATE OF SERVICE

I, Maria Gutierrez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 3, 2010, I served the following document(s) on the parties in the within action:

**DEFENDANT RASH CURTIS & ASSOCIATES' RULE 68 OFFER OF SETTLEMENT**

|   |   |
|---|---|
|   | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |

| | |
|---|---|
| Richard Meier<br>Legal Helpers, PC<br>The Sears Towers<br>Suite 5150<br>Chicago, IL 60606 | Attorneys for<br>Edward & Susan Walker |
| Christine Pham<br>Legal Helpers, P.C.<br>260 California Street<br>Suite 801<br>San Francisco, CA 94111 | Attorneys for<br>Edward & Susan Walker |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 3, 2010.

By _____
Maria Gutierrez

DEFENDANT RASH CURTIS & ASSOCIATES' RULE 68 OFFER OF SETTLEMENT