UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

EDWARD WALKER, et al.,

    Plaintiff,

        v.        Case No.   CIV S-10-00106-MCE-JFM

RASH CURTIS & ASSOCIATES

    Defendant,

IT IS ORDERED AND ADJUDGED

    THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON AUGUST 17, 2010.  OFFER OF JUDGMENT FOR $2,001 PLUS ATTORNEY FEES AND COSTS TO BE DETERMINED BY THIS COURT.

        Victoria C. Minor,
        Clerk of the Court

ENTERED:   September 2, 2010

        by:    /s/
        R. Becknal, Deputy Clerk