Andrew M. Steinheimer – 200524
Brandon L. Reeves - 242897
ELLIS, LaVOIE, POIRIER,
STEINHEIMER & McGEE, LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD WALKER and SUSAN WALKER, | Case No.: 2:10-cv-00106-MCE-JFM |
| Plaintiff, | **ORDER GRANTING STIPULATION TO VACATE JUDGMENT AND ENTER DISMISSAL WITH PREJUDICE** |
| v. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

Pursuant to the Stipulation between the Parties, the Court hereby orders that the Judgment in this matter, entered on September 2, 2010 pursuant to an Offer under Federal Rule of Civil Procedure 68 (ECF No. 17), be vacated and that the case instead be dismissed with prejudice to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  February 4, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO VACATE JUDGMENT AND ENTER DISMISSAL WITH PREJUDICE